█ In the Matter of the First Intermediate Accounting of THEODORE S. WATSON et al., Under an Agreement of Trust Made by EDWARD L. WHITE, Deceased. THEODORE S. WATSON et al., as Executors of EDWARD L. WHITE, Deceased, Appellants-Respondents; JAY SLONIM, as Guardian ad Litem of E. LAURENCE WHITE, III, and Another, Infants, Respondent-Appellant.—█

Concur — McGivern, J. P.,
Markewich, Steuer and Tilzer, JJ.

█ ISRAEL-BRITISH BANK, LTD., Respondent, v. SHNEIER ZALMAN GURARY, Appellant.—█

No opinion. Concur — Eager, J. P., McGivern, Markewich, Steuer and Bastow, JJ.

█ SHELL OIL COMPANY, Appellant, v. JOHN V. LINDSAY, as Mayor of the City of New York, et al., Respondents.—█

Concur
— Eager, J. P., Capozzoli, McGivern, Steuer and Tilzer, JJ.